UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between:

ELENA HENRY,

    Claimant/Petitioner,

v.

BERTHEL FISHER & COMPANY
FINANCIAL SERVICES, INC.,

    Respondent.

11 Civ. 03069

### PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF MATTER

Petitioner Elena Henry, by and through her undersigned counsel, submit this unopposed motion for withdrawal of the pending motion for attachment, and request an order stating that this matter has been withdrawn with prejudice. As expected, the parties reached and consummated a settlement of their dispute.

1.     Attorneys for the Defendants <u>do not</u> oppose this Motion.

June 17, 2011

Respectfully submitted,

    /s/
Robert V. Cornish, Jr. (4755104)
**DILWORTH PAXSON LLP**
655 15th Street NW, Suite 810
Washington, DC 20005
(202) 466-9158 - tel
(202) 452-0930 – fax
Email – rcornish@dilworthlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In the Matter of the Arbitration Between:

ELENA HENRY,

    Claimant/Petitioner,

v.                                                                                        11 Civ. 03069

BERTHEL FISHER & COMPANY
FINANCIAL SERVICES, INC.,

    Respondent.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 17, 2011 the undersigned caused a copy of the Plaintiff's Motion for Continuance to be served to all parties via first class mail, postage prepaid, as follows:

Berthel Fisher & Company Financial Services, Inc.
701 Tama Street, Bulding B
Marion, IA  52302
Attn:  Thomas J. Berthel

Anthony Ostlund Baer & Louwagie, P.A.
90 South Seventh Street, #3600
Minneapolis, MN  55402

          /s/
    Robert V. Cornish, Jr. (4755104)
    **DILWORTH PAXSON LLP**
    655 15th Street NW, Suite 810
    Washington, DC  20005
    (202) 466-9158 - tel
    (202) 452-0930 – fax
    Email – rcornish@dilworthlaw.com

DATED: June 17, 2011