ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6•20•11
```

In the Matter of the Arbitration Between:

ELENA HENRY,

    Claimant/Petitioner,

v.

BERTHEL FISHER & COMPANY
FINANCIAL SERVICES, INC.,

    Respondent.

No. 11 Civ. 03069

## ORDER

AND NOW, this __20th__ day of __June__, 2011, upon consideration of Plaintiffs' unopposed Motion to withdraw this matter with prejudice, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____
Louis L. Stanton
United States District Judge